T. J. McDUFFIE and C. D. WOMACK *v.* SEABOARD AIR LINE RAILWAY.

(Filed 6 November, 1907).

CIVIL ACTION to recover a penalty, under Rule 9 of the Corporation Commission, for failure to furnish a car, tried before *Webb, J.,* at August Term, 1907, of the Superior Court of CHATHAM County.

From the judgment rendered the defendant appealed.

*Day, Bell & Allen* and *Womack, Hayes & Bynum* for defendant.

Plaintiff not represented in this Court.

BROWN, J. The record discloses that the order for the car is dated 8 December, 1906, and requires that the empty car be furnished by 10 December, 1906. For the reasons given in *McDuffie v. Railway,* at this term, the plaintiff is not entitled to recover, and defendant's motion should have been granted. Let the action be dismissed.

Reversed.